```
 1  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
    CHRISTIAN M. KEINER, SBN 095144
 2  MICHELLE L. CANNON, SBN 172680
    A Professional Corporation
 3  400 Capitol Mall, 27th Floor
    Sacramento, CA  95814-4416
 4  Telephone: (916) 321-4500
    Facsimile: (916) 321-4555
 5
    Attorneys for Defendant TWIN RIDGES
 6  ELEMENTARY SCHOOL DISTRICT
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANS, Inc., <br><br> Plaintiff, <br><br> v. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, TWIN RIDGES ELEMENTARY SCHOOL DISTRICT, DOES 1-100, <br><br> Defendants. | CASE NO. CIV. S-98-0266 FCD PAN <br><br> ORDER ON SUBSTITUTION OF ATTORNEYS FOR TWIN RIDGES ELEMENTARY SCHOOL DISTRICT |

IT IS HEREBY ORDERED that Defendant Twin Ridges Elementary School District substitutes for itself Christian M. Keiner and Michelle L. Cannon of Kronick, Moskovitz, Tiedemann & Girard, located at 400 Capitol Mall, 27th Floor, Sacramento, CA, 95814, (916) 321-4500, as attorneys of record in place and instead of Girard & Vinson, LLP, 1006 Fourth Street, Eighth Floor, Sacramento, CA, 95814-3326.

Dated:  November 7, 2005  .

        /s/Frank C. Damrell, Jr.
The Honorable Frank C. Damrell, District Judge

811876.1                         -1-

[PROPOSED] ORDER

**PROOF OF SERVICE**

I, Sherri Lee Caplette, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814-4416. On November 7, 2005, I served the within document:

[PROPOSED] ORDER ON SUBSTITUTION OF ATTORNEYS
FOR TWIN RIDGES ELEMENTARY SCHOOL DISTRICT

☐ by transmitting via facsimile from (916) 321-4555 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmittal/confirmation sheet is attached.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FREDERICK J DENNEHY
WILENTZ GOLDMAN AND SPITZER
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2005, at Sacramento, California.

                                                                  /s/ Sherri Lee Caplette
                                                                  Sherri Lee Caplette, CCLS