UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PLANS, INC.,

    Plaintiff,

v.

SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, TWIN RIDGES ELEMENTARY SCHOOL DISTRICT,

    Defendants.

NO. CIV. S-98-0266 FCD EFB

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendant Twin Ridges Elementary School District's Motion to Dismiss is continued to March 7, 2008 at 10:00 a.m.  Plaintiff shall file and serve their opposition brief or notice of non-opposition no later than February 22, 2008.  The Defendant may file and serve a reply on or before February 29, 2008.

    2.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

    3.   Plaintiff's counsel shall file his response to the order to show cause on or before February 22, 2008.

    4.   A hearing on the order to show cause will follow the hearing on the Motion to Dismiss.

    IT IS SO ORDERED.

DATED: February 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE