DIANA D. HALPENNY, State Bar No.
MICHELLE CANNON, State Bar No. 172680
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant SACRAMENTO CITY
UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANS, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, TWIN RIDGES ELEMENTARY SCHOOL DISTRICT, DOES 1-100,<br><br>　　　　　Defendants. | CASE NO. CIV. S-98-0266 FCD EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR JOINT STATUS CONFERENCE REPORT** |

　　PLANS, Inc., Plaintiff, and Sacramento City Unified School District, Defendant, by and through their attorneys of record, hereby stipulate to the following:

1. The Parties are in agreement to engage in mediation by selecting a mutually agreeable mediator in an attempt to settle the above litigation, and agree to schedule such mediation in Sacramento as soon as the parties and the mediator can establish a mutually agreed upon date.

2. The Parties hereby jointly request a postponement of the deadline to submit a Joint Status Conference Report of at least ninety (90) days in order to allow time for the mediation to proceed.  The Joint Status Conference Report is currently due by July 28, 2009.

-1-

3. Good cause exists for the granting of the above requested schedule change and the parties respectfully request the date set by this Court for submission of a Joint Status Conference Report be modified as stated above.

So Stipulated.

DATE:       7/15/09            Signed on behalf of PLANS, Inc.:

/s/ D. Michael Bush
D. Michael Bush
State Bar # 101601
Law Offices of D. Michael Bush
3 San Joaquin Plaza, Suite 100
Newport Beach, CA 92660

DATE:       7/16/09            Signed on behalf of Sacramento City Unified School District:

/s/ Michelle Cannon
Michelle Cannon
State Bar #172680
Kronick, Moskovitz, Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, CA 95814

**ORDER**

In light of the foregoing stipulation of the parties and good cause appearing therefore, the Court orders that the date for filing the Joint Status Conference Statement is hereby continued to **October 30, 2009**.

IT IS SO ORDERED.

Dated: July 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE